USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___9/30/11___

United States District Court
Southern District of New York

LEON BENSON,                                          09 Civ. 8973 (JGK) (RLE)
                          Plaintiff,
                                                              ORDER
          - against -

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,
                          Defendant.

JOHN G. KOELTL, District Judge:

     The Court has received the Report and Recommendation of

Magistrate Judge Ellis dated September 7, 2011.  No objections

have been filed and the time for objections has passed.  The

Report and Recommendation are well-reasoned and are adopted.

     In accordance with the Report and Recommendation, the

Commissioner's motion for judgment on the pleadings is denied,

and the plaintiff's motion is granted.  The clerk is directed to

enter judgment pursuant to the fourth sentence of 42 U.S.C.

§ 405(g) remanding this case to the Commissioner in accordance

with the Report and Recommendation.

     The Clerk is directed to close this case and to close all

pending motions.

SO ORDERED.

Dated:     New York, New York
           September 30, 2011

                                        John G. Koeltl
                                   United States District Judge