USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/30/11

United States District Court
Southern District of New York

---

LEON BENSON,

                Plaintiff,

- against -

MICHAEL ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.

---

09 Civ. 8973 (JGK) (RLE)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Ellis dated September 7, 2011. No objections have been filed and the time for objections has passed. The Report and Recommendation are well-reasoned and are adopted.

In accordance with the Report and Recommendation, the Commissioner's motion for judgment on the pleadings is denied, and the plaintiff's motion is granted. The clerk is directed to enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) remanding this case to the Commissioner in accordance with the Report and Recommendation.

The Clerk is directed to close this case and to close all pending motions.

SO ORDERED.

Dated:    New York, New York
          September 30, 2011

                                      John G. Koeltl
                                      United States District Judge