**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────

**LEON BENSON,**

                  **Plaintiff,**

      **- against -**

**COMMISSIONER OF SOCIAL SECURITY,**

                  **Defendant.**
─────────────────────────────────────────

**09-cv-8973 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Ellis, dated April 29, 2013. Docket No. 34.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well-founded and should be adopted. Therefore, Benson's counsel is entitled to the award of $7,799.00 in attorney's fees.  Benson's counsel may submit any supplemental request for attorney's fees, with supporting supplemental declarations and time sheets, by January 22, 2021.  The government may respond by February 5, 2021.  The Clerk is directed to close all pending motions in this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 4, 2021**

                                                    **/s/ John G. Koeltl**
                                                         **John G. Koeltl**
                                     **United States District Judge**